IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANIEL SIDMAN, | ) | CV 15-00049 DKW-BMK |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **MAGISTRATE JUDGE'S** |
| vs. | ) | **FINDINGS AND** |
| | ) | **RECOMMENDATION** |
| YOUNG BROTHERS, LTD., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 27, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

// //

// //

Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 17, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Daniel Sidman v. Young Brothers, Ltd. Et al.*; Civil No. 14-049 DKW-BMK
**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**